IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 06-00246 RMW (RS) |
| Plaintiff, | **ORDER RE APPOINTMENT OF COUNSEL** |
| v. | |
| JOSH MCALEER, | |
| Defendants. / | |

Good cause appearing therefor, upon reviewing his financial affidavit,

IT IS HEREBY ORDERED that defendant Josh McAleer is qualified for the appointment of counsel in the above-captioned case.

IT IS SO ORDERED.

Dated:  *4/21/2006*

*Patricia V. Trumbull*
PATRICIA V. TRUMBULL
United States Magistrate Judge

United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28