1   KEVIN V. RYAN (CSBN 118321)
    United States Attorney
2
    MARK L. KROTOSKI (CSBN 138549)
3   Chief, Criminal Division

4   150 Almaden Boulevard, Suite 900
    San Jose, California 95113
5   Telephone: (408) 535-5035
    Facsmile:  (408) 535-5066
6   E-Mail:    Mark.Krotoski@usdoj.gov

7   Attorneys for Plaintiff

8
                    UNITED STATES DISTRICT COURT
9
                 NORTHERN DISTRICT OF CALIFORNIA
10
                          SAN JOSE DIVISION
11
                                              *E-FILED - 7/6/06*
12
    UNITED STATES OF AMERICA,        )     No. CR 06-00246-RMW
13                                   )
           Plaintiff,                )     STIPULATION REGARDING
14                                   )     EXCLUDABLE TIME AND
       v.                            )     ORDER
15                                   )
    JOSH MCALEER,                    )
16                                   )
           Defendant.                )
17   _____ )

18

19       It is hereby stipulated and agreed between defendant Josh Mcaleer, and his counsel Thomas

20   J. Ferrito, and the United States as follows:

21       This matter was set for a status conference on June 19, 2006 at 9:00 a.m.  In this copyright

22   infringement case, the defense needs more time to prepare, review discovery previously

23   provided, including a substantial amount of digital evidence, and research legal and sentencing

24   issues.  In particular, there are a number of recorded conversations in which the defense needs

25   further time to review.  The parties have also been discussing plea and sentencing issues.  It is

26   reasonable for the defense to have additional time to review the discovery, which includes some

27   digital evidence.

28       The parties stipulate and move the Court to exclude time under the Speedy Trial Act from the

STIPULATION REGARDING EXCLUDABLE TIME AND [] ORDER
CR 06-00246-RMW

1    June 19, 2006, until July 17, 2006, or next available date, because the parties believe that the

2    ends of justice served by the granting of such a continuance outweigh the best interests of the

3    public and the defendant in a speedy trial, particularly since reasonable time is needed for the

4    defense to prepare for pretrial and trial matters, pursuant to 18 U.S.C. §§ 3161(h)(8)(A),

5    3161(h)(8)(B)(ii).  The parties further stipulate that time may be excluded for reasonable time for

6    defense preparation, since the failure to exclude time would deny counsel for the defendant

7    reasonable time necessary for effective preparation, taking into account the exercise of due

8    diligence, and for continuity of counsel, pursuant to 18 U.S.C. §§ 3161(h)(8)(A),

9    3161(h)(8)(B)(iv).

10      So stipulated.

11   Dated: June _15_, 2006                          KEVIN V. RYAN
                                                      United States Attorney
12

13                                         _____/S/_____
                                           MARK L. KROTOSKI
14                                         Assistant United States Attorney

15      So stipulated.

16   Dated: June _15_, 2006

17                                                    /S/
                                           _____
18                                         THOMAS J. FERRITO
                                           Attorney for Defendant Josh Mcaleer

19

20

21

22

23

24

25

26

27

28

## __ORDER__

Based upon the foregoing Stipulation and good cause appearing therefor,

**IT IS HEREBY ORDERED** that the status conference set for June 19, 2006 at 9:00 a.m. for defendant Mcaleer shall be continued to July 17, 2006 at 9:00 a.m.

**IT IS FURTHER ORDERED** that the time between June 19, 2006, until July 17, 2006 shall be excluded from the computation period within which the trial must commence, for the reasons and based upon the statutory provisions set forth by the parties in this Stipulation, including that time is needed for effective defense preparation..  The Court finds that the ends of justice outweigh the interests of the public and the parties in a speedier trial under 18 U.S.C. §§ 3161(h)(8)(A), 3161(h)(8)(B)(ii) (complexity), 3161(h)(8)(B)(iv) (reasonable time necessary for effective preparation taking into account the exercise of due diligence).

DATED: July  6, 2006

     /s/ Ronald M. Whyte
RONALD M. WHYTE
United States District Judge