| | |
|---|---|
| 1 | KEVIN V. RYAN (CSBN 118321)<br>United States Attorney |
| 2 | |
| 3 | MARK L. KROTOSKI (CSBN 138549)<br>Chief, Criminal Division |
| 4 | 150 Almaden Boulevard, Suite 900<br>San Jose, California 95113 |
| 5 | Telephone: (408) 535-5035<br>Facsmile:   (408) 535-5066 |
| 6 | E-Mail:    Mark.Krotoski@usdoj.gov |
| 7 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 7/13/06*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 06-00246-RMW |
| Plaintiff, | ) | |
| v. | ) | STIPULATION REGARDING EXCLUDABLE TIME AND [PROPOSED] ORDER |
| JOSH MCALEER, | ) | |
| Defendant. | ) | |

It is hereby stipulated and agreed between defendant Josh Mcaleer, and his counsel Thomas J. Ferrito, and the United States as follows:

This matter was set for a status conference on July 17, 2006 at 9:00 a.m. In this copyright infringement case, the defense needs more time to prepare, review discovery previously provided, including a substantial amount of digital evidence, and research legal and sentencing issues. In particular, there are a number of recorded conversations in which the defense needs further time to review. The parties have also been discussing plea and sentencing issues. It is reasonable for the defense to have additional time to review the discovery, which includes some digital evidence.

The parties stipulate and move the Court to exclude time under the Speedy Trial Act from the

STIPULATION REGARDING EXCLUDABLE TIME AND [PROPOSED] ORDER
CR 06-00246-RMW

1  July 17, 2006, until September 25, 2006, or next available date, because the parties believe that
2  the ends of justice served by the granting of such a continuance outweigh the best interests of the
3  public and the defendant in a speedy trial, particularly since reasonable time is needed for the
4  defense to prepare for pretrial and trial matters, pursuant to 18 U.S.C. §§ 3161(h)(8)(A),
5  3161(h)(8)(B)(ii).  The parties further stipulate that time may be excluded for reasonable time for
6  defense preparation, since the failure to exclude time would deny counsel for the defendant
7  reasonable time necessary for effective preparation, taking into account the exercise of due
8  diligence, and for continuity of counsel, pursuant to 18 U.S.C. §§ 3161(h)(8)(A),
9  3161(h)(8)(B)(iv).
10       So stipulated.
11  Dated: July __, 2006                     KEVIN V. RYAN
                                             United States Attorney
12
13                                           /s/
                                             _____
                                             MARK L. KROTOSKI
14                                           Assistant United States Attorney
15       So stipulated.
16  Dated: July 7, 2006
17                                           _____
                                             THOMAS J. FERRITO
18                                           Attorney for Defendant Josh Mcaleer
19
20
21
22
23
24
25
26
27
28

STIPULATION REGARDING EXCLUDABLE TIME AND [PROPOSED] ORDER
CR 06-00246-RMW                    Page 2 of 3

## ORDER

Based upon the foregoing Stipulation and good cause appearing therefor,

**IT IS HEREBY ORDERED** that the status conference set for July 17, 2006 at 9:00 a.m. for defendant Mcaleer shall be continued to September 25, 2006 at 9:00 a.m.

**IT IS FURTHER ORDERED** that the time between July 17, 2006, until September 25, 2006 shall be excluded from the computation period within which the trial must commence, for the reasons and based upon the statutory provisions set forth by the parties in this Stipulation, including that time is needed for effective defense preparation.. The Court finds that the ends of justice outweigh the interests of the public and the parties in a speedier trial under 18 U.S.C. §§ 3161(h)(8)(A), 3161(h)(8)(B)(ii) (complexity), 3161(h)(8)(B)(iv) (reasonable time necessary for effective preparation taking into account the exercise of due diligence).

DATED: July 13, 2006

/s/ Ronald M. Whyte
RONALD M. WHYTE
United States District Judge