KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408) 535-5035
Facsmile:   (408) 535-5066
E-Mail:    Mark.Krotoski@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 9/22/06*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 06-00246-RMW |
| ) | |
| Plaintiff, ) | STIPULATION REGARDING |
| ) | EXCLUDABLE TIME AND |
| v. ) | ORDER |
| ) | |
| JOSH MCALEER, ) | |
| ) | |
| Defendant. ) | |

It is hereby stipulated and agreed between defendant Josh Mcaleer, and his counsel Thomas J. Ferrito, and the United States as follows:

This matter was set for a status conference on September 25, 2006 at 9:00 a.m. In this copyright infringement case, the defense needs more time to prepare, review discovery previously provided, including a substantial amount of digital evidence, and research legal and sentencing issues. In particular, there are a number of recorded conversations in which the defense needs further time to review. The parties have also been discussing plea and sentencing issues. The parties met on September 13, 2006 and have agreed to meet again. Further information has been requested and will be provided based on these meetings. It is reasonable for the defense to have additional time to review the discovery, which includes some digital

1  evidence.

2      The parties stipulate and move the Court to exclude time under the Speedy Trial Act from the
3  September 25, 2006, until December 4, 2006, or next available date, because the parties believe
4  that the ends of justice served by the granting of such a continuance outweigh the best interests of
5  the public and the defendant in a speedy trial, particularly since reasonable time is needed for the
6  defense to prepare for pretrial and trial matters, pursuant to 18 U.S.C. §§ 3161(h)(8)(A),
7  3161(h)(8)(B)(ii).  The parties further stipulate that time may be excluded for reasonable time for
8  defense preparation, since the failure to exclude time would deny counsel for the defendant
9  reasonable time necessary for effective preparation, taking into account the exercise of due
10 diligence, and for continuity of counsel, pursuant to 18 U.S.C. §§ 3161(h)(8)(A),
11 3161(h)(8)(B)(iv).

12     So stipulated.

13 Dated: September 14, 2006                KEVIN V. RYAN
                                            United States Attorney
14
                                                /s/
15                                          _____
                                            MARK L. KROTOSKI
16                                          Assistant United States Attorney

17     So stipulated.

18 Dated: September 14, 2006

                                                /s/
19                                          _____
                                            THOMAS J. FERRITO
20                                          Attorney for Defendant Josh Mcaleer

# ORDER

Based upon the foregoing Stipulation and good cause appearing therefor,

**IT IS HEREBY ORDERED** that the status conference set for September 25, 2006 at 9:00 a.m. for defendant Mcaleer shall be continued to December 4, 2006 at 9:00 a.m.

**IT IS FURTHER ORDERED** that the time between September 25, 2006, until December 4, 2006 shall be excluded from the computation period within which the trial must commence, for the reasons and based upon the statutory provisions set forth by the parties in this Stipulation, including that time is needed for effective defense preparation. The Court finds that the ends of justice outweigh the interests of the public and the parties in a speedier trial under 18 U.S.C. §§ 3161(h)(8)(A), 3161(h)(8)(B)(ii) (complexity), 3161(h)(8)(B)(iv) (reasonable time necessary for effective preparation taking into account the exercise of due diligence).

DATED: September 22, 2006

/s/ Ronald M. Whyte
RONALD M. WHYTE
United States District Judge