PROPOSED ORDER/COVER SHEET

TO:     Honorable Richard Seeborg           RE:     Josh McAleer
        U.S. Magistrate Judge

FROM:   Claudette M. Silvera, Chief         DOCKET NO.:    CR 06-00246 RMW
        U.S. Pretrial Services Officer

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Laura Weigel                                408-535-5222
U.S. Pretrial Services Officer              TELEPHONE NUMBER

RE:     MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

**FILED**

[X] I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

NOV 2 2 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

[ ] Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____

[ ] Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____ Presiding District Court Judge_____

[ ] I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

[ ] Modification(s)

A.

B.

[ ] Bail Revoked/Bench Warrant Issued.

[ ] I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

[ ] Other Instructions:

_____          11/22/06
JUDICIAL OFFICER                       DATE

Cover Sheet (12/03/02)