KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408) 535-5035
Facsmile:  (408) 535-5066
E-Mail:   Mark.Krotoski@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 12/7/06*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 06-00246-RMW |
| ) | |
| Plaintiff, ) | STIPULATION REGARDING |
| ) | EXCLUDABLE TIME AND [] |
| v. ) | ORDER |
| ) | |
| JOSH MCALEER, ) | |
| ) | |
| Defendant. ) | |

It is hereby stipulated and agreed between defendant Josh Mcaleer, and his counsel Thomas J. Ferrito, and the United States as follows:

This matter is set for a status conference on December 11, 2006 at 9:00 a.m. In this copyright infringement case, the defense needs more time to prepare, review discovery previously provided, including a substantial amount of digital evidence, and research legal and sentencing issues. The government has provided the defense with an additional hard drive in this case. The defense needs further time to review the hard drive and other matters. It is reasonable for the defense to have additional time to review the discovery, which includes some digital evidence.

The parties stipulate and move the Court to exclude time under the Speedy Trial Act from

STIPULATION REGARDING EXCLUDABLE TIME AND [] ORDER
CR 06-00246-RMW

1  December 4, 2006, until February 5, 2007, or next available date, because the parties believe that
2  the ends of justice served by the granting of such a continuance outweigh the best interests of the
3  public and the defendant in a speedy trial, particularly since reasonable time is needed for the
4  defense to prepare for pretrial and trial matters, pursuant to 18 U.S.C. §§ 3161(h)(8)(A),
5  3161(h)(8)(B)(ii).  The parties further stipulate that time may be excluded for reasonable time for
6  defense preparation, since the failure to exclude time would deny counsel for the defendant
7  reasonable time necessary for effective preparation, taking into account the exercise of due
8  diligence, and for continuity of counsel, pursuant to 18 U.S.C. §§ 3161(h)(8)(A),
9  3161(h)(8)(B)(iv).
10     So stipulated.
11  Dated: December 5, 2006                        KEVIN V. RYAN
                                                   United States Attorney
12
                                                    /s/
13                                                 _____
                                                   MARK L. KROTOSKI
14                                                 Assistant United States Attorney
15     So stipulated.
16  Dated: December 5, 2006
                                                    /s/
17                                                 _____
                                                   THOMAS J. FERRITO
18                                                 Attorney for Defendant Josh Mcaleer
19
20
21
22
23
24
25
26
27
28

STIPULATION REGARDING EXCLUDABLE TIME AND [] ORDER
CR 06-00246-RMW                    Page 2 of 4

**ORDER**

Based upon the foregoing Stipulation and good cause appearing therefor,

**IT IS HEREBY ORDERED** that the status conference set for December 11, 2006 at 9:00 a.m. for defendant Mcaleer shall be continued to February 5, 2007 at 9:00 a.m.

**IT IS FURTHER ORDERED** that the time between December 11, 2006 until February 5, 2007 shall be excluded from the computation period within which the trial must commence, for the reasons and based upon the statutory provisions set forth by the parties in this Stipulation, including that time is needed for effective defense preparation. The Court finds that the ends of justice outweigh the interests of the public and the parties in a speedier trial under 18 U.S.C. §§ 3161(h)(8)(A), 3161(h)(8)(B)(ii) (complexity), 3161(h)(8)(B)(iv) (reasonable time necessary for effective preparation taking into account the exercise of due diligence).

DATED: December 7, 2006

/s/ Ronald M. Whyte
RONALD M. WHYTE
United States District Judge

1
2  Distribute to:

3  Thomas J. Ferrito
   101 Church Street, Suite 14
4  Los Gatos, CA  95032
   Fax (408) 354-6585
5
   Mark L. Krotoski
6  U.S. Attorney's Office
   150 Almaden Boulevard, Suite 900
7  San Jose, CA 95113

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION REGARDING EXCLUDABLE TIME AND [] ORDER
CR 06-00246-RMW                    Page 4 of  4