1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   MARK L. KROTOSKI (CSBN 138549)
3  Chief, Criminal Division
4    150 Almaden Boulevard, Suite 900
     San Jose, California 95113
5    Telephone: (408) 535-5035
     Facsimile:  (408) 535-5066
6    E-Mail:     Mark.Krotoski@usdoj.gov
7  Attorneys for Plaintiff
8
9               UNITED STATES DISTRICT COURT
10              NORTHERN DISTRICT OF CALIFORNIA
11              SAN JOSE DIVISION       *E-FILED - 2/6/07*
12
   UNITED STATES OF AMERICA,      )  No. CR 06-00246-RMW
13                                )
            Plaintiff,             )  STIPULATION REGARDING
14                                )  EXCLUDABLE TIME AND [PROPOSED]
       v.                         )  ORDER
15                                )
   JOSH MCALEER,                  )
16                                )
            Defendant.             )
17                                )
18

19      It is hereby stipulated and agreed between defendant Josh Mcaleer, and his counsel Thomas J.
20 Ferrito, and the United States as follows:
21      This matter is set for a status conference on February 5, 2007 at 9:00 a.m. In this copyright
22 infringement case, the defense needs more time to prepare, review discovery previously
23 provided, including a substantial amount of digital evidence, and research legal and sentencing
24 issues. The government previously provided the defense with an additional hard drive in this
25 case. The parties wish to meet and discuss matters discovered on the hard drive and other
26 matters in this case. It is reasonable for the parties to have additional time to review and discuss
27 the discovery, which includes some digital evidence.
28      The parties stipulate and move the Court to exclude time under the Speedy Trial Act from

STIPULATION REGARDING EXCLUDABLE TIME AND [PROPOSED] ORDER
CR 06-00246-RMW

1  February 5, 2007 to April 16, 2007, or next available date, because the parties believe that the
2  ends of justice served by the granting of such a continuance outweigh the best interests of the
3  public and the defendant in a speedy trial, particularly since reasonable time is needed for the
4  defense to prepare for pretrial and trial matters, pursuant to 18 U.S.C. §§ 3161(h)(8)(A),
5  3161(h)(8)(B)(ii). Defense counsel also has conflicts during the middle and end of March 2007.
6  The parties further stipulate that time may be excluded for reasonable time for defense
7  preparation, since the failure to exclude time would deny counsel for the defendant reasonable
8  time necessary for effective preparation, taking into account the exercise of due diligence, and for
9  continuity of counsel, pursuant to 18 U.S.C. §§ 3161(h)(8)(A), 3161(h)(8)(B)(iv).
10  So stipulated.
11  Dated: January ___, 2007

KEVIN V. RYAN
United States Attorney

/s/
MARK L. KROTOSKI
Assistant United States Attorney

15  So stipulated.
16  Dated: January ___, 2007

THOMAS J. FERRITO
Attorney for Defendant Josh Mcaleer

## ORDER

Based upon the foregoing Stipulation and good cause appearing therefor,

**IT IS HEREBY ORDERED** that the status conference set for February 5, 2007 at 9:00 a.m. for defendant Mcaleer shall be continued to April 16, 2007 at 9:00 a.m.

**IT IS FURTHER ORDERED** that the time between February 5, 2007 until March 19, 2007 shall be excluded from the computation period within which the trial must commence, for the reasons and based upon the statutory provisions set forth by the parties in this Stipulation, including that time is needed for effective defense preparation. The Court finds that the ends of justice outweigh the interests of the public and the parties in a speedier trial under 18 U.S.C. §§ 3161(h)(8)(A), 3161(h)(8)(B)(ii) (complexity), 3161(h)(8)(B)(iv) (reasonable time necessary for effective preparation taking into account the exercise of due diligence).

DATED: ~~January~~ February 6, 2007

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Distribute to:

Thomas J. Ferrito
101 Church Street, Suite 14
Los Gatos, CA  95032
Fax (408) 354-6585

Mark L. Krotoski
U.S. Attorney's Office
150 Almaden Boulevard, Suite 900
San Jose, CA 95113