SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408) 535-5035
Facsmile:  (408) 535-5066
E-Mail:    Mark.Krotoski@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 5/4/07*

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 06-00246-RMW |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME AND [] ORDER |
| v. | |
| JOSH MCALEER, | |
| Defendant. | |

It is hereby stipulated and agreed between defendant Josh Mcaleer, and his counsel Thomas J. Ferrito, and the United States as follows:

This matter is set for a status conference on April 16, 2007 at 9:00 a.m. In this copyright infringement case, the defense needs more time to prepare, review discovery previously provided, including a substantial amount of digital evidence, and research legal and sentencing issues. The government previously provided the defense with an additional hard drive in this case. The government has also been reviewing the computer evidence in this case and would like to meet with the defense concerning this review. The parties wish to meet and discuss matters discovered on the hard drive and other matters in this case. It is reasonable for the parties to have additional time to review and discuss the discovery, which includes some digital

Case 5:06-cr-00246-RMW   Document 106   Filed 05/04/07   Page 2 of 4

1  evidence.

2      The parties stipulate and move the Court to exclude time under the Speedy Trial Act from
3  April 16, 2007 to June 11, 2007, or next available date, because the parties believe that the ends
4  of justice served by the granting of such a continuance outweigh the best interests of the public
5  and the defendant in a speedy trial, particularly since reasonable time is needed for the defense to
6  prepare for pretrial and trial matters, pursuant to 18 U.S.C. §§ 3161(h)(8)(A), 3161(h)(8)(B)(ii).
7  The parties further stipulate that time may be excluded for reasonable time for defense
8  preparation, since the failure to exclude time would deny counsel for the defendant reasonable
9  time necessary for effective preparation, taking into account the exercise of due diligence, and
10 for continuity of counsel, pursuant to 18 U.S.C. §§ 3161(h)(8)(A), 3161(h)(8)(B)(iv).

11     So stipulated.

12 Dated: March 28, 2007                     SCOTT N. SCHOOLS
13                                        United States Attorney

                                       /s/
14                                        _____
15                                        MARK L. KROTOSKI
                                       Assistant United States Attorney

16     So stipulated.

17 Dated: March 28, 2007

                                       /s/
18                                        _____
19                                        THOMAS J. FERRITO
                                       Attorney for Defendant Josh Mcaleer

20

21

22

23

24

25

26

27

28

# ORDER

Based upon the foregoing Stipulation and good cause appearing therefor,

**IT IS HEREBY ORDERED** that the status conference set for April 16, 2007 at 9:00 a.m. for defendant Mcaleer shall be continued to June 11, 2007 at 9:00 a.m.

**IT IS FURTHER ORDERED** that the time between April 16, 2007 until June 11, 2007 shall be excluded from the computation period within which the trial must commence, for the reasons and based upon the statutory provisions set forth by the parties in this Stipulation, including that time is needed for effective defense preparation. The Court finds that the ends of justice outweigh the interests of the public and the parties in a speedier trial under 18 U.S.C. §§ 3161(h)(8)(A), 3161(h)(8)(B)(ii) (complexity), 3161(h)(8)(B)(iv) (reasonable time necessary for effective preparation taking into account the exercise of due diligence).

DATED: May 4, 2007

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

1
2  Distribute to:

3  Thomas J. Ferrito
   101 Church Street, Suite 14
4  Los Gatos, CA  95032
   Fax (408) 354-6585
5
   Mark L. Krotoski
6  U.S. Attorney's Office
   150 Almaden Boulevard, Suite 900
7  San Jose, CA 95113

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28