SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408) 535-5035
Facsmile:  (408) 535-5066
E-Mail:    Mark.Krotoski@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION        *E-FILED - 6/28/07*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 06-00246-RMW |
| Plaintiff, ) | STIPULATION REGARDING EXCLUDABLE TIME AND [] ORDER |
| v. ) | |
| JOSH MCALEER, ) | |
| Defendant. ) | |

It is hereby stipulated and agreed between defendant Josh Mcaleer, and his counsel Thomas J. Ferrito, and the United States as follows:

This matter is set for a status conference on June 11, 2007 at 9:00 a.m.  In this copyright infringement case, the defense needs more time to prepare, review discovery previously provided, including a substantial amount of digital evidence, and research legal and sentencing issues.  The government previously provided the defense with an additional hard drive in this case.  The government and defense counsel have agreed to meet to discuss the issues in this case with the objective of resolving the matter.  Over the next few weeks, defense counsel is committed to a number of state court matters and will also be out of town.  The parties will need time to meet and it is reasonable for the parties to have additional time to review and discuss the

1  discovery, which includes some digital evidence.

2      The parties stipulate and move the Court to exclude time under the Speedy Trial Act from
3  June 11, 2007 to August 6, 2007, or next available date, because the parties believe that the ends
4  of justice served by the granting of such a continuance outweigh the best interests of the public
5  and the defendant in a speedy trial, particularly since reasonable time is needed for the defense to
6  prepare for pretrial and trial matters, pursuant to 18 U.S.C. §§ 3161(h)(8)(A), 3161(h)(8)(B)(ii).
7  The parties further stipulate that time may be excluded for reasonable time for defense
8  preparation, since the failure to exclude time would deny counsel for the defendant reasonable
9  time necessary for effective preparation, taking into account the exercise of due diligence, and
10 for continuity of counsel, and for continuity of counsel, pursuant to 18 U.S.C. §§ 3161(h)(8)(A),
11 3161(h)(8)(B)(iv).

12     So stipulated.

13 Dated: June 6, 2007                    SCOTT N. SCHOOLS
                                          United States Attorney

                                                  /s/
                                          _____
                                          MARK L. KROTOSKI
                                          Assistant United States Attorney

17     So stipulated.

18 Dated: June 6, 2007

                                                  /s/
                                          _____
                                          THOMAS J. FERRITO
                                          Attorney for Defendant Josh Mcaleer

# ORDER

Based upon the foregoing Stipulation and good cause appearing therefor,

**IT IS HEREBY ORDERED** that the status conference set for June 11, 2007 at 9:00 a.m. for defendant Mcaleer shall be continued to August 6, 2007 at 9:00 a.m.

**IT IS FURTHER ORDERED** that the time between June 11, 2007 until August 6, 2007 shall be excluded from the computation period within which the trial must commence, for the reasons and based upon the statutory provisions set forth by the parties in this Stipulation, including that time is needed for effective defense preparation. The Court finds that the ends of justice outweigh the interests of the public and the parties in a speedier trial under 18 U.S.C. §§ 3161(h)(8)(A), 3161(h)(8)(B)(ii) (complexity), 3161(h)(8)(B)(iv) (reasonable time necessary for effective preparation taking into account the exercise of due diligence and continuity of counsel).

DATED: June 28, 2007

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

1  Distribute to:

2

3  Thomas J. Ferrito
   101 Church Street, Suite 14
   Los Gatos, CA  95032
4  Fax (408) 354-6585

5  Mark L. Krotoski
   U.S. Attorney's Office
6  150 Almaden Boulevard, Suite 900
   San Jose, CA 95113

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28