SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN STRETCH (CSBN 163973)
Chief, Criminal Division

MARK L. KROTOSKI (CASBN 138549)
Assistant U.S. Attorney

1301 New York Avenue, Suite 600
Washington, D.C.  20530-0016
Telephone: (202) 307-6389
Facsimile: (202) 514-6113
E-Mail: Mark.Krotoski@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 12/13/07*

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 06-00246-RMW |
| Plaintiff, | |
| v. | STIPULATION TO CONTINUE SENTENCING HEARING |
| JOSH MCALEER, | AND ORDER |
| Defendant. | |

It is hereby stipulated and agreed between defendant Josh Mcaleer, by and through his counsel of record, Thomas J. Ferrito, Esq., and the United States, by and through Assistant United States Attorney Mark L. Krotoski, as follows:

1. This matter is presently set for a sentencing hearing on December 17, 2007 at 9:00 a.m.

2. The parties jointly request that the sentencing be continued to January 22, 2008, or the next available date, based on the terms of the plea agreement.  Government counsel requests permission to appear telephonically during the hearing, if necessary.  The probation officer has been notified about this requested continuance and concurs with the requested date.

STIPULATION REQUESTING CONTINUANCE OF SENTENCING HEARING AND [] ORDER
CR 06-00246-RMW

1    3. For the foregoing reasons, and that the ends of justice are served by continuing this case, the parties stipulate and request to continue the sentencing hearing from December 17, 2007 at 9:00 a.m. to January 22, 2008 at 9:00 a.m., or the next available date.

IT IS SO STIPULATED.

Dated: November 1, 2007                          SCOTT N. SCHOOLS
                                                 United States Attorney


                                                 /s/
                                                 _____
                                                 MARK L. KROTOSKI
                                                 Assistant United States Attorney

Dated: November 1, 2007

                                                 /s/
                                                 _____
                                                 THOMAS J. FERRITO
                                                 Attorney for Defendant Josh Mcaleer

IT IS SO ORDERED.

Upon good cause shown, the sentencing hearing is continued from December 17, 2007 at 9:00 a.m. to January 22, 2008 at 9:00 a.m.  Government counsel may appear telephonically during the hearing.

Dated: December 13, 2007

                                                 *Ronald M. Whyte*
                                                 _____
                                                 RONALD M. WHYTE
                                                 United States District Judge

| | |
|---|---|
| 1 | |
| 2 | Distribute To: |
| 3 | Thomas J. Ferrito<br>101 Church Street, Suite 14<br>Los Gatos, CA  95032 |
| 4 | Fax (408) 354-6585 |
| 5 | Mark L. Krotoski<br>AUSA |
| 6 | 150 Almaden Boulevard, Suite 900<br>San Jose, CA 95113 |
| 7 | |
| 8 | Lori Timmons<br>U.S. Probation Officer<br>United States Probation Office |
| 9 | Northern District of California<br>280 South First Street |
| 10 | San Jose, CA 95113 |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

STIPULATION REQUESTING CONTINUANCE OF SENTENCING HEARING AND [] ORDER
CR 06-00246-RMW                                   Page 3 of  3