JOSEPH P. RUSSONIELLO (SCBN 44332)
United States Attorney

BRIAN STRETCH (CSBN 163973)
Chief, Criminal Division

MARK L. KROTOSKI (CSBN 138549)
Assistant U.S. Attorney

1301 New York Avenue, Suite 600
Washington, D.C. 20530-0016
Telephone: (202) 307-6389
Facsimile: (202) 514-6113
E-Mail: Mark.Krotoski@usdoj.gov

*E-FILED - 1/16/08*

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 06-00246-RMW |
| Plaintiff, ) | |
| ) | STIPULATION TO CONTINUE |
| v. ) | SENTENCING HEARING |
| ) | AND ORDER |
| JOSH MCALEER, ) | |
| Defendant. ) | |

It is hereby stipulated and agreed between defendant Josh Mcaleer, by and through his counsel of record, Thomas J. Ferrito, Esq., and the United States, by and through Assistant United States Attorney Mark L. Krotoski, as follows:

1. This matter is presently set for a sentencing hearing on January 22, 2008 at 9:00 a.m.

2. The parties jointly request that the sentencing be continued to March 24, 2008, or the next available date, based on the terms of the plea agreement. Government counsel requests permission to appear telephonically during the hearing, if necessary. The probation officer has been notified about this requested continuance and concurs with the requested date.

STIPULATION REQUESTING CONTINUANCE OF SENTENCING HEARING AND [PROPOSED] ORDER
CR 06-00246-RMW

3. For the foregoing reasons, and that the ends of justice are served by continuing this case, the parties stipulate and request to continue the sentencing hearing from January 22, 2008 at 9:00 a.m. to March 24, 2008 at 9:00 a.m., or the next available date.

IT IS SO STIPULATED.

Dated: January __, 2008

JOSEPH P. RUSSONIELLO
United States Attorney

/s/

_____
MARK L. KROTOSKI
Assistant United States Attorney

Dated: January __, 2008

/s/

_____
THOMAS J. FERRITO
Attorney for Defendant Josh Mcaleer

IT IS SO ORDERED.

Upon good cause shown, the sentencing hearing is continued from January 22, 2008 at 9:00 a.m. to March 24, 2008 at 9:00 a.m. Government counsel may appear telephonically during the hearing.

Dated: January __, 2008

_____
RONALD M. WHYTE
United States District Judge

1      3. For the foregoing reasons, and that the ends of justice are served by continuing this case,

2  the parties stipulate and request to continue the sentencing hearing from January 22, 2008 at 9:00

3  a.m. to March 24, 2008 at 9:00 a.m., or the next available date.

4      IT IS SO STIPULATED.

5  Dated: January 7, 2008                      SCOTT N. SCHOOLS
                                               United States Attorney

                                               /s/ Mark L. Krotoski
                                               MARK L. KROTOSKI
                                               Assistant United States Attorney

9  Dated: January 7, 2008

                                               /s/ Thomas J. Ferrito
                                               THOMAS J. FERRITO
                                               Attorney for Defendant Josh Mealeer

12     IT IS SO ORDERED.

13     Upon good cause shown, the sentencing hearing is continued from January 22, 2008 at 9:00

14 a.m. to March 24, 2008 at 9:00 a.m. Government counsel may appear telephonically during the

15 hearing.

16 Dated: January 16, 2008

                                               /s/ Ronald M. Whyte
                                               RONALD M. WHYTE
                                               United States District Judge

| | |
|---|---|
| 1 | Distribute To: |
| 2 | |
| | Thomas J. Ferrito |
| 3 | 101 Church Street, Suite 14 |
| | Los Gatos, CA 95032 |
| 4 | Fax (408) 354-6585 |
| 5 | Mark L. Krotoski |
| | AUSA |
| 6 | Computer Crime and Intellectual Property Section |
| | 1301 New York Avenue, Suite 600 |
| 7 | Washington, D.C. 20530-0016 |
| | Facsimile: (202) 514-6113 |
| 8 | |
| | Lori Timmons |
| 9 | U.S. Probation Officer |
| | United States Probation Office |
| 10 | Northern District of California |
| | 280 South First Street |
| 11 | San Jose, CA 95113 |